PREET BHARARA
United States Attorney for the
Southern District of New York
By: Andrew C. Adams
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    <u>DECLARATION OF PUBLICATION</u>
                                    :
            -v.-                    :    S7 04 Cr. 1353 (KMW)
                                    :
QUIRINO ERNESTO PAULINO CASTILLO,   :
    A/K/A "El Don,"                 :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - x

      I, Andrew C. Adams, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury:

      That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

      That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 33, 2014 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, and

    That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:    New York, New York
           August 5, 2014

                                AUSA Andrew C. Adams
                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 04 CR 1353 (KMW); NOTICE OF FORFEITURE

Notice is hereby given that on April 29, 2014, in the case of <u>U.S. v. Quirino Ernesto Paulino Castillo</u>, Court Case Number 04 CR 1353 (KMW), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $179,398.49 in United States currency, seized from Account 131365705 (05-DEA-452095) formerley held in the name of Importadora Fenix S.A. at Ocean Bank.

Approximately $150,000.00 in United States currency deposited in the Court Registry of the United States District Court for the Southern District of Florida, in connection with case no. 05-22053 filed under Joaquin Ruiz Flaquer (05-DEA-498444).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 03, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Michael Lockard, One St. Andrew's Plaza, New York, NY  10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 3, 2014 and July 02, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Quirino Ernesto Paulino Castillo

**Court Case No:** 04 CR 1353 (KMW)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/03/2014 | 24.0 | Verified |
| 2 | 06/04/2014 | 24.0 | Verified |
| 3 | 06/05/2014 | 24.0 | Verified |
| 4 | 06/06/2014 | 24.0 | Verified |
| 5 | 06/07/2014 | 24.0 | Verified |
| 6 | 06/08/2014 | 22.3 | Verified |
| 7 | 06/09/2014 | 23.0 | Verified |
| 8 | 06/10/2014 | 24.0 | Verified |
| 9 | 06/11/2014 | 24.0 | Verified |
| 10 | 06/12/2014 | 24.0 | Verified |
| 11 | 06/13/2014 | 24.0 | Verified |
| 12 | 06/14/2014 | 24.0 | Verified |
| 13 | 06/15/2014 | 24.0 | Verified |
| 14 | 06/16/2014 | 24.0 | Verified |
| 15 | 06/17/2014 | 23.8 | Verified |
| 16 | 06/18/2014 | 24.0 | Verified |
| 17 | 06/19/2014 | 24.0 | Verified |
| 18 | 06/20/2014 | 21.6 | Verified |
| 19 | 06/21/2014 | 24.0 | Verified |
| 20 | 06/22/2014 | 24.0 | Verified |
| 21 | 06/23/2014 | 24.0 | Verified |
| 22 | 06/24/2014 | 24.0 | Verified |
| 23 | 06/25/2014 | 24.0 | Verified |
| 24 | 06/26/2014 | 24.0 | Verified |
| 25 | 06/27/2014 | 24.0 | Verified |
| 26 | 06/28/2014 | 24.0 | Verified |
| 27 | 06/29/2014 | 24.0 | Verified |
| 28 | 06/30/2014 | 24.0 | Verified |
| 29 | 07/01/2014 | 24.0 | Verified |
| 30 | 07/02/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.